IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHESTER DUANE MILLER       §
                           §
PETITIONER                 §
                           §
                           §
                           §
V.                         §          2:14-CV-0103
                           §
                           §
WILLIAM STEPEHENS,DIRECTOR §
TEXAS DEPARTMENT OF CRIMINAL JUSTICE §
CORRECTIONAL INSTITITUIONS DIVISION §
                           §
RESPONDENT                 §
                           §

---

PETITIONERS REQUEST FOR EXTENSION OF TIME.

---

THE BILL CLEMENTS UNIT WAS ON LOCKDOWN SINCE THE BEGINNING OF JUNE FOR
2017,UNTIL THE 22nd OF JUNE 2017. THE LAW LIBRARY COULD NOT BE ACCESSED UNTIL
JUNE 26th,2017. FURTHER MORE THE PETITIONER DOES NOT HEVE THE ACCESS FOR THE
LEGAL MATERIAL THE STSTE HAS ACCESS TOO. PETITIONERS TYPWRITER WAS DAMAGED,
DURING THIS LOCK DOWN AS WELL. PETITIONER RESPECTIVLY REQUEST ANEXTENSION OF
30,DAY FROM THIS HONORABLE COURT.


RESPECTIVLY SUBMITTED

CHESTER DAUNE MILLER # 423519


SUBMITTED THIS DAY   JUNE 28th,2017

PLEACED IN TDCJ MAIL BOX THIS DAY.



CHESTER DUANE MILLER 423519
CLEMENS UNIT
9601 Spur 591
AMARILLO, TX. 79107

AMARILLO TX 791

28 JUN 2017 PM 2 T

clerk
UNITED STSTES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
205 S.E. 5th Ave; ROOM 133
AMARILLO, TX.  79101

RECEIVED
JUN 29 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101$1555